IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-599-FL

KIMBERLY EATON, )
 )
    Plaintiff, )
 )
v. ) **ENTRY OF DEFAULT**
 )
TRANS-CONTINENTAL CREDIT & )
COLLECTION CORP., )
 )
    Defendant. )

It appearing that the complaint was filed in this case on November 17, 2015, that the summons and complaint were duly served upon Defendant Trans-Continental Credit &Collection Corp. on November 30, 2015, and no answer or other pleading has been filed by Defendant as required by law; therefore, upon request of Plaintiff Kimberly Eaton, default is hereby entered against Defendant Trans-Continental Credit & Collection Corp. as provided in Fed. R. Civ. P. 55(a).

SO ORDERED. This the 3rd day of February, 2016.

Julie Richards Johnston
Clerk of Court